

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rex Investment Company LTD, a California Corporation | Civil Action No.   15-cv-2607-H-JMA |
| **Plaintiff,** V. | |
| S.M.E., Inc., a dissolved Nebraska Corporation and Does 1-20 | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants summary judgment in favor of S.M.E., Inc., and enters judgment in favor of the Defendants.

| | |
|---|---|
| **Date:**   10/24/17 | **CLERK OF COURT**<br>**JOHN MORRILL, Clerk of Court**<br>By:  s/ A. Garcia<br>A. Garcia, Deputy |